Magistrate Judge David W. Christel

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ENTERED COPY
David W. Christel
Mag. Judge

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARREL J. DWIGHT,<br><br>Defendant. | NO. MJ14-5257<br><br>COMPLAINT<br><br>18 U.S.C. §§ 2252(a)(2) and (b)(1)<br>2252(a)(4) and 2252(b)(2) |

BEFORE the Honorable David W. Christel, United States Magistrate Judge, U. S. Courthouse, Vancouver, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

**(Receipt of Material Constituting or Containing Child Pornography)**

Beginning on a date unknown, and continuing through on or about December 24, 2014, at Vancouver, within the Western District of Washington, and elsewhere, DARREL J. DWIGHT did knowingly receive and attempt to receive visual depictions the production of which involved the use of minors engaging in sexually explicit conduct, and the visual depictions were of such conduct, using any means and facility of interstate and foreign commerce and which images had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

COMPLAINT/DWIGHT
MJ14-5257 - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## COUNT 2

### (Possession of Child Pornography)

Beginning on a date unknown, and continuing through on or about December 24, 2014, at Vancouver, within the Western District of Washington, and elsewhere, DARREL J. DWIGHT did knowingly possess matter that contained visual depictions the production of which involved the use of minors engaging in sexually explicit conduct, and the visual depictions were of such conduct, that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and which had been produced using materials that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United State Code, Sections 2252(a)(4) and 2252(b)(2).

### I. Introduction

1. I am an Inspector with the United States Postal Inspection Service (USPIS) assigned to the Seattle Division, in Seattle, Washington. I have been so employed since January 21, 2006. I have received formal training from the Inspection Service in the areas of mail fraud, mail theft, identity theft, wire fraud, bank fraud, robberies and burglaries and child exploitation to include formal classroom training. Prior to becoming a Postal Inspector I was a Probation Officer for Maricopa County Adult Probation Officer from February 24, 1997, through January 14, 2006.

2. As a United States Postal Inspector, I am responsible for the investigation of Federal offenses involving the transportation, distribution, receipt, and sale of child pornography through United States mail in violation of Title 18, United States Code, Sections 2251 and 2252.

3. I have received formal training from the Inspection Service in the areas of child exploitation and child pornography to include formal classroom training. Since August 2013, I have been primarily assigned to investigate criminal violations relating to

COMPLAINT/DWIGHT
MJ14-5257 - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography in violation of 18 U.S.C.§§ 2251 and 2252, in the states of Oregon, Washington, Idaho, Montana, and Alaska. I have received approximately 80 hours of specialized training in the investigation of child sexual exploitation offenses from the USPIS, SEARCH, and Internet Crimes Against Children (ICAC) conferences, including the identification of images depicting minors engaged in sexually explicit conduct.

4.   The information contained within this affidavit is based on my training and experience, as well as information related to me by other law enforcement officers, including Postal Inspector Brian Bone. Postal Inspector Bone has been employed by USPIS since February 2007 and he is currently assigned to the U.S. Department of Justice's Child Exploitation and Obscenity Section in Washington, D.C. Postal Inspector Bone has participated in numerous investigations and search warrant executions involving child exploitation offenses. Postal Inspector Bone has received extensive training in computer forensics and digital investigations from the Treasury Computer Forensic Training Program, National White Collar Crime Center, and the International Association of Computer Investigative Specialists ("IACIS"), including specialized training on digital data recovery, and the investigation and analysis of e-mail communications and Internet activities, such as instant messaging programs, newsgroups, and forums. Postal Inspector Bone also has received training on the use of specialized forensic software programs, including I-Look, Encase by Guidance Software, and Forensic Tool Kit by Access Data. Prior to becoming a Postal Inspector, he worked as a sworn law enforcement officer within the State of Illinois for over 8 years and was employed during that time by the Office of the State's Attorney, Lake County, Illinois, and the Office of the Sheriff, Lake County, Illinois. In this position, he was assigned to the Cyber Crimes Division and the Child Exploitation Unit, which investigated child exploitation related offenses and various computer related crimes.
COMPLAINT/DWIGHT
MJ14-5257 - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

5.  As further detailed below, based on my investigation and the investigation of other law enforcement officers, I submit there is probable cause to believe that DARREL DWIGHT has committed the violations described above. In particular, the investigation has uncovered that DARREL DWIGHT did knowingly and unlawfully receive, attempt to receive and possess child pornography beginning on a date unknown and continuing through on or about December 24, 2014.

## II. The Sale of Child Pornography by the "Toronto Company"

6.  In October of 2010, the USPIS and the Toronto Police Service ("TPS") began an investigation into a movie production company that operated a website offering DVDs and streaming videos ("films") for sale. The majority of these films feature young boys and were marketed as "naturist films from around the world." TPS and USPIS determined that this production company (the "Toronto Company") was located in Toronto, Canada, and was the subject of more than 20 complaints to the National Center for Missing and Exploited Children's Cyber Tip Line regarding the sale of child pornography.

7.  In October 2010, USPIS Inspectors accessed the Toronto Company's website (www.azovfilms.com) and were able to review film previews, website movie summaries, and customer ordering information. On six occasions between February and April, 2011, USPIS Inspectors from Brentwood, Tennessee, conducted controlled purchases of DVDs via the Toronto Company's online ordering system. By way of example, one of the videos purchased from the Toronto Company via an undercover purchase was titled "Cutting Room Floor – Vlaviu." The Toronto Company's website described this film as follows:

> we sweep up the cutting room floor to bring you tow action-packed discs of ooey-gooey slippery goodness with Vlaviu and his friends, Lore and Luci! Like our original . . . this is all the footage that didn't make the cut over the last 2-years from our Boy Fights series! This two disc set features Vlaviu and his buddies going commando in a very unique way. They're sweet enough, but that didn't stop them from breaking out the sugary cupcakes and giving you a whole new perspective on nudist food fighting! One this is for sure . . . there's no laundry to do tonight!

COMPLAINT/DWIGHT
MJ14-5257 - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

8. The video depicts minor boys seen naked in an apartment living room setting eating desserts and other food. There are several close-ups of the minors' genitals and pubic area as they eat desserts and towards the conclusion of the film several of the boys are filmed while sitting naked on the desserts and placing the remnants in their anuses.

9. Law enforcement determined that the "Toronto Company" has a shipping facility located in North Tonawanda, New York, and that the undercover online orders were transferred from the "Toronto Company" to this New York based shipping facility for fulfillment. These undercover orders were then shipped from North Tonawanda, New York, via USPS Priority Mail to a post office box in Nolensville, Tennessee.

10. TPS executed a search warrant on the Toronto Company's business premises on May 1, 2011, and seized hundreds of DVD movies, photo DVDs, computers, and business records, including customer shipping labels and customer order histories. Many of the DVD movies included the exhibition of the genitals of nude minors. Law enforcement determined that these films were being shipped to customers worldwide, including hundreds of individuals residing in the United States. Law enforcement also determined that for those orders placed from the United States, the Toronto Company would fill those orders via USPS Priority Mail.

11. The Toronto Company, as well as its two operating principals, were subsequently charged and are being prosecuted in Canada for child exploitation offenses, including the production and distribution of child pornography.

III. **Defendant's Receipt of Child Pornography From The Toronto Company**

12. USPIS conducted a review of certain records contained in the Toronto Company's customer database and located one customer, DARREL DWIGHT, with an address of 1202 NW 52nd St., Vancouver, WA 98663, and determined that, on two occasions, DWIGHT purchased child pornography from the Toronto Company's website. USPIS extracted the customer invoices and purchase summary from the database, which detailed the purchase transactions made by DWIGHT. A summary

COMPLAINT/DWIGHT
MJ14-5257 - 5

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  review of the transactions showed that between October 11, 2008, and January 12, 2009,
2  DWIGHT purchased 5 movies on 2 different occasions via the Toronto Company's
3  website, totaling $166.70 in United States currency.
4      13.   All of the Defendant's transactions reviewed by USPIS employees were
5  associated with the Defendant's current residence. The customer records related to this
6  individual show that the purchaser used the following email as the confirmation email on
7  the order: "dardwight@aol.com." In addition to the contact information discussed above,
8  the business records associated with each customer transaction also captured the date an
9  order was placed and the IP address associated with the computer used to place the order.
10 Additionally, each customer transaction had a product identification number which
11 corresponded to a specific video or DVD available for purchase.
12     14.   Below is a summary of the relevant information for DWIGHT's first order:
13     October 11, 2008 – Order Number 35439
14         70118—FKK Memoirs (1992) |DVD
           70106—FKK Corsica |DVD
15         70060—Oliver & Friends|DVD
           70012—Vladik Anthology 11:13|DVD
16
17     15.   According to the Toronto Company records, all of the DVDs were shipped
18 Air Mail via USPS Mail.
19     16.   Below is a summary of the relevant order information for DWIGHT's
20 second order:
21     January 12, 2009 -  Order Number 40278
           70129-Boy Fights XIX: Triple Threat (2009) |DVD.
22
23     17.   According to the Toronto Company records, the additional photo DVD of
24 "Boy Fights XIX: Triple Threat" was added to the movie order for an additional $20.00.
25 The movie and photo DVD were mailed via USPS Mail.
26     18.   Below is a description of a sample of the video "Vladik Anthology
27 11:13|DVD" ordered by DWIGHT:
28

COMPLAINT/DWIGHT
MJ14-5257 - 6

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

The movie is approximately 1 hour and 14 minutes and 35 seconds (01:14:35) in length. The movie is in a foreign language, it has no story line, and is series of videos of clothed or nude minor boys playing at the beach, riding bicycles, showering, playing in and around a pool, or dancing. The movie starts with two prepubescent boys playing on the beach with a raft. At approximately 2:59 one boy is laying on the raft with the blonde boy is lying next to him on the beach. The camera focuses in on the genital area of the boy on the raft from above. From approximately 5:50 to 5:57 the blonde boy is seen standing in the water griping the shaft of his penis. At approximately 25:20, a nude prepubescent boy is pool side with a hat on, a knife in one hand, and a watermelon on the bench. The camera focuses in on the boy's genital area. From approximately 25:45 to 25:50 the same nude boy is seen sitting on a bench cutting the watermelon with his legs spread apart and the camera focused on his genital area. From approximately 51:21 to 1:00, a prepubescent boy is seen wearing a black with a red stripe beanie, and motorcycle gear on his chest on a bed. The minor boy is seen doing handstands, jumping on the bed, and at one point lying on the bed while the camera is in an upward angle from his feet to his head focusing on the boy's genital area. At approximately 1:00, three boys are seen sitting around a table. Two of the boys are naked and one minor boy is wearing underwear. At approximately 1:01:25, the nude blonde boy is lying on his side with one leg bent, the other leg flat and his genital area is exposed. The camera angle is focuses across the blonde boy's genital area as the other boy leaves. The three boys are seen showering together. At approximately 1:08 to 1:09:56, the three nude prepubescent boys are seen taking turns doing handstands, break dancing, and spinning on the floor while the camera is over the top of their genital area. At approximately1:11:35 to 1:12:35, a nude prepubescent boy is seen standing at the pool ladder. The camera angle is looking up towards the nude boy's penis.

19. Below is a description of a image "Boy Fights XIX-Photo-BFXIX_0035.jpg" ordered by DWIGHT:

The picture depicts a nude pubescent male doing a headstand on a white mattress. The pubescent's penis is pointing down towards his head and his scrotum and anus is exposed to the camera. There is a second boy in the room but only his head is seen over the anus of the first pubescent male.

20. Within a website associated with child pornography (Website A), agents discovered DWIGHT utilized the user name "dsmile" with an email address of

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  dardwight@aol.com. DWIGHT also utilized dardwight@aol.com as the confirmation
2  email for both of his Toronto Company orders.
3      21.   Additionally, a review of records provided by the shipping facility in North
4  Tonawanda, New York, included mailing labels placed on the shipments that were
5  delivered by USPS. These business records showed that a mailing label for DARREL
6  DWIGHT with an address of 1202 NW 52nd St., Vancouver, WA 98663, was produced
7  for the orders on October 11, 2008, and January 12, 2009. According to the shipping
8  facility in North Tonawanda, New York, the label was put on the order in New York and
9  the completed package was provided to USPS for delivery.

       IV.   **Defendant's Receipt of Child Pornography From "Website B"**

11     22.   As part of its law enforcement activities, USPIS conducted an undercover
12  operation using a website herein identified as Website B. As part of the undercover
13  operation, USPIS investigators send an email to prior customers of the Toronto Company
14  stating they have created a new website that contains videos of very young boys and girls
15  "playing naughty." The email informed the target individual that Website B contains all
16  minors and no adults to include "some soft and hardcore." The email includes a link to
17  Website B and a special access code requiring the user to register for a free account.
18     23.   On December 3, 2014, USPIS undercover agent sent DWIGHT an email to
19  the email address associated with his Toronto Company order and Website A account:
20  "dardwight@aol.com." The email included a code to access Website B. In order to gain
21  entry to Website B, DWIGHT was required to create a user account. On December 3,
22  2014, at 11:29 p.m. PST, DWIGHT created an account for Website B with user name
23  "dsmile" with the email address "dardwight@aol.com." DWIGHT's Website A user
24  name was also "dsmile." On December 3, 2014, at 11:50 p.m. PST, DWIGHT created a
25  second account for Website B with the user name "djd" linked to the email address
26  "dwightvancouver@aol.com."
27     24.   On December 5, 2014, between 6:43 a.m. PST and 6:57 a.m. PST,
28  DWIGHT with account user name "dsmile" and IP address 174.25.127.18 attempted to

COMPLAINT/DWIGHT
MJ14-5257 - 8

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

download 19 movies from Website B. The movies included movie titles of "Horny Little Billy (12yo) Stokes His Dad's Dick" and "13 Year Old Boy Plays with Daddy's Dick." "Horny Little Billy (12yo) Stokes His Dad's Dick" was described on Website B as:

> Little Billy was horny and couldn't wait! Watch Billy (12 years old) stroke his hard little dick as Daddy watches. Billy even has a surprise guest who comes to finish the job! Enjoy as Billy and the surprise guest suck and fuck each other until Billy cums all over. But not before he takes a load to the face! Very sexy and all fun." Movie "13 Year Old Boy Play with Daddy's Dick" is described as "Come see a shy little boy find pleasure with Daddy! Watch while Jose (13 years old) strokes Daddy's throbbing cock, and then begins to play with his own hard little dick. Enjoy as Jose pleases Daddy and himself! You will love his face when he cums! 11 chapters of sexy fun times with guest visiting from Jonathan and other boys.

25. On or about December 12, 2014, the United States Department of Justice Criminal Division, Child Exploitation and Obscenity Section issued an administrative subpoena to CenturyLink for IP address 174.25.127.18 on December 5, 2013 at 6:45 a.m. GMT, which was the IP address used to download videos from Website B. On or about December 16, 2014, CenturyLink confirmed DWIGHT has been the subscriber to said IP address at his current residence since May 15, 2009.

V. **Federal Search Authorization and Defendant's Possession of Child Pornography**

26. On December 24, 2014, at 7:27 a.m., federal agents executed a search authorization of the Defendant's residence at 1202 NW 52nd Street, Vancouver, Washington. Upon encountering the Defendant in his bedroom, agents recovered two (2) thumb drives in the Defendant's left front pocket.

27. Before agents could administer Miranda warnings to the Defendant, he spontaneously stated "it's all me." Agents then conducted a preliminary forensic analysis of the thumb drives and determined they contain approximately 6000 files to include approximately 600 images containing suspected child pornography.

COMPLAINT/DWIGHT
MJ14-5257 - 9

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

28. Within these 600 files, agents discovered the image, "40727748Dpz.png," which depicted the following:

>A prepubescent male sitting in a chair with an erect penis showing through his boxers.

29. Another recovered image, "Door 7.png," depicted:

>A pubescent nude male standing over a camera with his face showing. The camera is focused between the minor's legs and upon his erect penis.

## VI. Characteristics Common to Individuals Involved in the Receipt of Child Pornography

30. Based upon my knowledge, experience, and training in child pornography investigations, and the training and experience of other law enforcement officers with whom I have had discussions, I know that there are certain characteristics common to individuals involved in the receipt and attempted receipt of child pornography.

31. Those who receive and attempt to receive child pornography, or who have been previously convicted of a child pornography offense, may receive sexual gratification, stimulation, and satisfaction from contact with children; or from fantasies they may have viewing children engaged in sexual activity or in sexually suggestive poses, such as in person, in photographs, or other visual media; or from literature describing such activity.

32. Those who receive and attempt to receive child pornography, or who have been previously convicted of a child pornography offense, may collect sexually explicit or suggestive materials, in a variety of media, including photographs, magazines, motion pictures, videotapes, books, slides and/or drawings or other visual media. Such individuals oftentimes use these materials for their own sexual arousal and gratification. Further, they may use these materials to lower the inhibitions of children they are attempting to seduce, to arouse the selected child partner, or to demonstrate the desired sexual acts.

COMPLAINT/DWIGHT
MJ14-5257 - 10

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

33. Those who receive and attempt to receive child pornography, or who have been previously convicted of a child pornography offense, often possess and maintain their "hard copies" of child pornographic material, that is, their pictures, films, video tapes, magazines, negatives, photographs, correspondence, mailing lists, books, tape recordings, etc., in the privacy and security of their home or some other secure location. These individuals typically retain pictures, films, photographs, negatives, magazines, correspondence, books, tape recordings, mailing lists, child erotica, and videotapes for many years.

34. Likewise, those who receive and attempt to receive child pornography, or who have been previously convicted of a child pornography offense, often maintain their collections that are in a digital or electronic format in a safe, secure and private environment, such as a computer and surrounding area. These collections are often maintained for several years and are kept close by, usually at the individual's residence, to enable the collector to view the collection, which is valued highly.

35. Those who receive and attempt to receive child pornography, or who have been previously convicted of a child pornography offense, also may correspond with and/or meet others to share information and materials; rarely destroy correspondence from other child pornography distributors/collectors; conceal such correspondence as they do their sexually explicit material; and often maintain lists of names, addresses, and telephone numbers of individuals with whom they have been in contact and who share the same interests in child pornography.

36. Those who receive and attempt to receive child pornography, or who have been previously convicted of a child pornography offense, prefer not to be without their child pornography for any prolonged time period. This behavior has been documented by law enforcement officers involved in the investigation of child pornography throughout the world.

37. Based on the amount of purchases from the Toronto Company, DWIGHT's involvement as a director of child care and involved with a local boy scout group, gives

COMPLAINT/DWIGHT
MJ14-5257 - 11

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

him access to children who are the same age and gender of the children of the items ordered, and he currently is looking for videos of children in the same age range for download on Website B, DWIGHT likely displays characteristics common to individuals involved in the receipt or attempted receipt of child pornography.

### VII.  Conclusion

38.  Based on the above facts, I respectfully submit that there is probable cause to believe that DARREL J. DWIGHT did knowingly and unlawfully receive, attempt to receive and possess child pornography, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1), and 2252(a)(4) and (b)(2).

*[Signature]*
Connie Worrel, Complainant
Postal Inspector, USPIS

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offenses set forth in the Complaint.

Dated this 24th day of December, 2014.

*[Signature]*
DAVID W. CHRISTEL
United States Magistrate Judge

ENTERED COPY

COMPLAINT/DWIGHT
MJ14-5257 - 12

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800